UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Case No. 14-80059 |
| | ) |
| GLEN A. HOUSE, | ) Chapter 7 |
| | ) |
| Debtor. | ) HONORABLE Thomas M. Lynch |
| | ) |
| VANDERBILT MORTGAGE AND | ) |
| FINANCE, INC. | ) Motion No. |
| | ) |
| Movant, | ) |

## NOTICE OF MOTION ON MOTION TO MODIFY STAY

TO:   Debtor, Debtor's Counsel, Trustee, U.S. Trustee

Please take notice that on February 26, 2014 at 10:00 a.m. the undersigned will bring the attached motion to modify the automatic stay and request for immediate effectiveness under Rule 4001, for hearing before the Honorable Thomas M. Lynch, Bankruptcy Courtroom, U.S. Bankruptcy Court for the Northern District of Illinois, Western Division, Courtroom 719, 327 South Church Street, Rockford, Illinois 61101.

/s/ David G. Wasinger
David G. Wasinger, IlBar #06200269
James S. Cole, Member of District Bar
The Wasinger Law Group, P.C.
1401 South Brentwood Boulevard, Ste. 875
St. Louis, Missouri 63144
(314) 961-0400
(314) 961-2726 FAX
Attorney for Vanderbilt Mortgage and Finance, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Case No. 14-80059 |
| | ) |
| GLEN A. HOUSE, | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) Honorable Thomas M. Lynch |
| | ) |
| VANDERBILT MORTGAGE AND | ) |
| FINANCE, INC., | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| GLEN A. HOUSE, | ) |
| Debtor, | ) |
| | ) |
| and | ) |
| | ) |
| JAMES E. STEVENS, | ) |
| Trustee, | ) |
| | ) |
| Respondents. | ) |

## MOTION TO MODIFY AUTOMATIC STAY
## BY VANDERBILT MORTGAGE AND FINANCE, INC.

Vanderbilt Mortgage and Finance, Inc. ("Vanderbilt"), respectfully states as follows:

1. Vanderbilt is the owner and holder of a Adjustable Rate Note ("Note") executed by Debtor, Glen A. House ("Debtor"), a copy of which is attached hereto as Exhibit A and incorporated herein by reference.

2. Pursuant to a Mortgage, Vanderbilt was granted a security interest in certain real property commonly known and numbered as 121 Queens Place, Poplar Grove, Illinois 61065 and all fixtures thereon (the "Property").

3. Vanderbilt's security interest was duly perfected by the recording of the Mortgage, and the document evidencing perfection are attached hereto as Exhibit B and incorporated herein by reference.

4. The Note was endorsed in blank, and Vanderbilt has possession of the Note.

5. Debtor has defaulted in his obligations under the Agreement in the amounts shown in the attached Statement of Default.

6. The secured claim of Vanderbilt is approximately $173,453.34.

7. The value of the Property is approximately $107,701.00.

8. Cause exists for modifying the automatic stay, in that Debtor has failed to make payments to Vanderbilt, and Debtor may not have maintained insurance on the Property.

9. There is no equity in the Property and such Property is not necessary for an effective reorganization.

10. Vanderbilt is entitled to immediate relief because its collateral is declining in value, Debtor has no means of providing adequate protection, and Vanderbilt's damage from delay is irreparable.

WHEREFORE, Vanderbilt Mortgage and Finance, Inc. prays this Court enter its Order modifying the automatic stay pursuant to 11 U.S.C. § 362(d), immediately without any delay or stay under Rule 4001(a)(3) or otherwise, and for such other orders as the Court deems just and proper.

*/s/ David G. Wasinger*
David G. Wasinger, IlBar #06200269
James S. Cole, Member of District Bar
The Wasinger Law Group, P.C.
1401 South Brentwood Boulevard, Ste. 875
St. Louis, Missouri 63144
(314) 961-0400
(314) 961-2726 FAX
Attorney for Vanderbilt Mortgage and Finance, Inc.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Case No. 14-80059 |
| | ) |
| GLEN A. HOUSE, | ) Chapter 7 |
| | ) |
| Debtor. | ) Honorable Thomas M. Lynch |
| | ) |
| VANDERBILT MORTGAGE AND | ) |
| FINANCE, INC., | ) Motion No. |
| | ) |
| Movant, | ) |

### CERTIFICATE OF SERVICE

The undersigned certifies that he served the foregoing Motion to Modify Automatic Stay and Notice of Hearing on Motion to Modify Stay by depositing a true copy of same in the U.S. Mail, first-class postage prepaid, addressed to the following, on the 3rd day of February, 2014:

Glen A. House, Debtor/Pro Se
121 Queens Place
Polar Grove, IL 61065

James E. Stevens, Trustee
6833 Stalter Drive
Rockford, IL 61108

/s/ David G. Wasinger

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Case No. 14-80059 |
| | ) |
| GLEN A. HOUSE, | ) Chapter 7 |
| | ) |
| Debtor. | ) Motion No. |
| | ) |
| VANDERBILT MORTGAGE AND FINANCE, INC., | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| GLEN A. HOUSE, Debtor, | ) |
| | ) |
| and | ) |
| | ) |
| JAMES E. STEVENS, Trustee, | ) |
| | ) |
| Respondents. | ) |

## ORDER MODIFYING AUTOMATIC STAY ON MOTION OF VANDERBILT MORTGAGE AND FINANCE, INC.

The Court has considered the record and determined that cause exists, and that Movant is otherwise entitled to the relief requested in this motion. Therefore

IT IS ORDERED that Movant has a valid, perfected security interest in the Property set forth in its Motion and after herein described in more detail; that Movant's request for relief from the automatic stay is granted; that Movant may enforce its rights, immediately without any delay or stay under Rule 4001 or otherwise, against the Property described as: certain real property commonly known and numbered as 121 Queens Place, Poplar Grove, Illinois 61065 and all fixtures thereon pursuant to the terms and conditions of its security instrument and applicable non-bankruptcy law; and

that for such purpose, the automatic stay of 11 U.S.C. §362 is terminated as to the

Property.


Dated: _____              _____
                                       United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

InRe:                          )
                               )    Case No. 14-80059
GLEN A. HOUSE                  )
                               )    Chapter 7
            Debtor^s.          )
                               )

REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY

All Cases: Debtor(s) __Glen A. House__  Case No. __14-80059__  Chapter __7__

All Cases: Moving Creditor __Vanderbilt Mortgage and Finance, Inc.__  Date Case Filed __January 9, 2014__

Nature of Relief Sought:  ■ Lift Stay      □ Annul Stay      □ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: _____ No-Asset Report Filed on _____
           __X__ No-Asset Report not Filed, Date of Creditors Meeting __February 6, 2014__

1.  Collateral
    a.  Home _____
    b.  Car  Year, Make and Model _____
    c.  Other (describe) __certain real property commonly known and numbered as 121 Queens Place, Poplar Grove, Illinois 61065 and all fixtures thereon__

2.  Balance Owed as of Petition Date $__173,453.34__
    Total of all other Liens against Collateral $_____

3.  In chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.  Estimated Value of Collateral (must be supplied in all cases) $__107,701.00__

4.  Default
    a.  Pre-Petition Default
        Number of months __19__        Amount $__20,569.40__

    b.  Post-Petition Default
        i.  On direct payments to the moving creditor
            Number of months __1__      Amount $__1,082.60__

        ii. On payments to the Standing Chapter 13 Trustee
            Number of months _____    Amount $_____

5.  Other Allegations
    a.  Lack of Adequate Protection § 362(d)(1)
        i.    No insurance      _____
        ii.   Taxes unpaid      _____        Amount $_____
        iii.  Rapidly depreciating asset  __X__
        iv.   Other (describe) _____

    b.  No Equity and not Necessary for an Effective Reorganization § 362(d)(2)  __X__

    c.  Other "Cause" § 362(d)(1) _____
        i.    Bad Faith (describe) _____
        ii.   Multiple filings _____
        iii.  Other (describe) _____

    d.  Debtor's Statement of Intention regarding the Collateral
        i.   □ Reaffirm                 ii.  □ Redeem
        iii. ■ Surrender                iv.  □ No Statement of Intention Filed

Date: __February 3, 2014__           /s/ David G. Wasinger
                                     Counsel for Movant